IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ELIA ALVERIO BAEZ
Debtor(s)

CASE NUMBER: 08-05590 ESL
CHAPTER 13

MOTION SUBMITTING MODIFIED PLAN PURSUANT TO 11 USC §1329
AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

Debtor, through the undersigned counsel, respectfully states and prays:

1. Debtor is submitting a modified plan dated June 10, 2010, attached herein.

2. The modification is necessary in order to adjust her plan payment schedule, as she and her spouse incurred in mortgage arrears because of her spouse's loss of income. The plan provides for payment of post petition arrears to Doral Bank and will be funded from current income as her spouse is now receiving unemployment benefits and she has commenced working since May, 2010. An amended budget is being filed on this same date in support of the modification. This is the most efficient way by means of which debtor will be able to cure the post petition arrearage..

3. Debtor may comply with the proposed modified plan, and the proposed modified plan complies with all the requisites of 11 U.S.C. §1325.

**WHEREFORE,** debtor respectfully prays that the Modified Plan dated June 10, 2010 be approved.

**PARTIES IN INTEREST ARE NOTIFIED THAT THEY HAVE TWENTY(20) DAYS TO OBJECT IN WRITING TO THE PROPOSED MODIFICATION OF THE PLAN. THE PLAN MAY BE CONFIRMED WITHOUT A HEARING IF NO OBJECTION IS TIMELY FILED FRBP 2002 (a)(5). P.R. LBR 3015-2 (f)(2)(B) and (g)**

Respectfully submitted in San Juan, Puerto Rico, this June 10, 2010.

**CERTIFICATE OF SERVICE**: I hereby certify that on June 10, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: per attached master address list.

*/s/* *Teresa M. Lube Capo*
TERESA M. LUBE CAPO, ESQ.
USDC 122205
LUBE & SOTO LAW OFFICES
Attorneys for debtors
1130 AVE FD ROOSEVELT
SAN JUAN, PR 00920-2906
TEL.: 722-0909 FAX: 977-1709
E-MAIL: lubeysoto@gmail

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                    Case No. **08-05590**

**ALVERIO BAEZ, ELIA E**                  Chapter **13**
                Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **6/10/2010**
☐ PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **207.00** x **12** = $ **2,484.00**
$ **0.00** x **8** = $ **0.00**
$ **207.00** x **4** = $ **828.00**
$ **312.00** x **36** = $ **11,232.00**
$ _____ x _____ = $ _____

TOTAL: $ **14,544.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **14,544.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

Signed: **/s/ ELIA E ALVERIO BAEZ**
        Debtor

_____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**    Cr. **DORAL BANK**    Cr. **RELIABLE FINANCIA**
# **CL 3 50034685**    # _____    # **CL 2  447-628510**
$ **4,502.34**    $ **4,100.00**    $ **1,170.00**
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **DORAL BANK**      **RELIABLE FINANCIA**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**-ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.**
**- FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).**
**ADDITIONAL ATTORNEY'S FEES OF $350.00 ARE BEINREQUESTED FOR POST CONFIRMATION WORK RELATED TO THIS MODIFICATION TO BE PAID THROUGH TRUSTEE AS PER GENERAL ORDER 03-01**

Attorney for Debtor **Lube & Soto Law Offices, P.S.C.**      Phone: **(787) 722-0909**

CHAPTER 13 PAYMENT PLAN

ALVERIO BAEZ ELIA E
URB ALTURA DE TERRALINDA
88 LIRIO
YABUCOA PR  00767


LUBE & SOTO LAW OFFICES
PSC
1130 AVE FD ROOSEVELT
SAN JUAN PR  00920-2906


BANCO POPULAR DE PUERTO RICO
PO BOX 366818
SAN JUAN PR  00936-6818


COLON ATIENZA LEGAL & REPO
PO BOX 21382
SAN JUAN PR  00928


DORAL BANK
PO BOX 70308
SAN JUAN PR  00936-8308


FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS SD  57104-4824


MULTIPAGO
PO BOX 71440
SAN JUAN PR  00936-8540


RECDEIVABLES PERFORMANCE
1930 220TH ST SE STE 101
BOTHELL WA  98021


RELIABLE FINANCIAL
PO BOX 21382
SAN JUAN PR  00928


SPRINT
PO BOX 660075
DALLAS TX  75266-0075